## HERBERT GUS WILDE ET UX V. JUANELL BUCHANAN

No. A-6479. Decided October 2, 1957.
Rehearing overruled October 30, 1957.
(305 S.W. 2d Series 778.)

*Grindstaff & Grindstaff*, of Ballinger, and *Francis G. Culhane*, of San Angelo, for petitioners.

*Jack Moore*, of Ballinger, for respondent.

PER CURIAM.

We approve the holding of the Court of Civil Appeals that respondent had the unconditional right to withdraw her consent at any time before the court acted on the petition for adoption. Boyed v. Wilson, 258 S.W. 2d 223, wr. ref.

The application for writ of error is refused, no reversible error.

Opinion delivered October 2, 1957.

Rehearing overruled October 30, 1957.